# Kroshinski, Appellant, *v.* School District of the Borough of Dickson City et al.

*Practice, Supreme Court—Appeals—Time for taking appeals.*

An appeal from a decree dismissing a bill in equity for injunction will be quashed where the appeal was not taken until more than six months after the decree complained of was filed.

Argued Feb. 27, 1918.   Appeals, Nos. 48 and 49, Jan. T., 1918, by plaintiff, from decrees of C. P. Lackawanna Co., March T., 1916, Nos. 1 and 2, dismissing bills in equity for an injunction, in case of Adam Kroshinski v. The School District of the Borough of Dickson City, and the Dickson Lumber Company.   Before BROWN, C. J., POTTER, STEWART, MOSCHZISKER and WALLING, JJ.   Affirmed.

Motion to continue preliminary injunction.   Before EDWARDS, P. J.

The opinion of the Supreme Court states the facts.

The court on final hearing dissolved the injunction which it had issued and dismissed the bill. Plaintiff appealed.

*Errors assigned* were in dismissing exceptions to findings of fact and conclusions of law and the decree of the court.

*George Morrow,* for appellant.

*M. J. Martin,* with him *Elmer D. Adair,* for appellees.

PER CURIAM, April 22, 1918:

These two cases were disposed of together below, under agreement of counsel, and were so argued here. A final decree dismissing the bill in each case was filed June 6, 1916, more than six months before these appeals were taken, and they are, therefore, quashed, without prejudice to any right of the appellant in proceedings at law.